CJR/c
6-26-19

CJR/JH:USAO#2019R00282   **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | Criminal No. RDB-19-0317 |
| **v.** | |
| | |
| **RANDY MARTIN MACKEY** | **(Possession with Intent to Distribute** |
| | **Marijuana, Lysergic Acid Diethylamide,** |
| **Defendant** | **Ketamine, and Alprazolam, 21 U.S.C. §** |
| | **841(a)(1); Maintaining Drug-Involved** |
| | **Premises; 21 U.S.C. § 856(a)(1);** |
| | **Possession of Firearms in Furtherance** |
| | **of Drug Trafficking Crime, 18 U.S.C. §** |
| | **924(c); Aiding and Abetting, 18 U.S.C. §** |
| | **2; Forfeiture, 21 U.S.C. § 853, 28 U.S.C.** |
| | **§ 2461(c), and 18 U.S.C. § 924(d))** |

\*\*\*\*\*\*

## INDICTMENT

The Grand Jury for the District of Maryland charges:

## COUNT ONE

On or about February 7, 2019, in the District of Maryland,

### RANDY MARTIN MACKEY

the defendant herein, did knowingly, intentionally, and unlawfully possess with the intent to

distribute a quantity of a mixture or substance containing a detectable amount of marijuana, a

quantity of a mixture or substance containing a detectable amount of lysergic acid diethylamide,

("LSD"), both Schedule I controlled substances; a quantity of a mixture or substance containing

a detectable amount of ketamine, a Schedule III controlled substance, and a quantity of a mixture

or substance containing a detectable amount of alprazolam, ("Xanax"), a Schedule IV controlled

substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 841
18 U.S.C. § 2

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about February 7, 2019, in the District of Maryland,

### RANDY MARTIN MACKEY,

the defendant herein, did knowingly and unlawfully use and maintain the premises at #1408 Eutaw Place Apt. 3, Baltimore, Maryland, 21217, for the purpose of manufacturing, storing, distributing and using marijuana and lysergic acid diethylamide ("LSD"), both Schedule I controlled substances; ketamine, a Schedule III controlled substance; and alprazolam ("Xanax"), a Schedule IV controlled substance.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about February 7, 2019, in the District of Maryland,

### RANDY MARTIN MACKEY,

the defendant herein, did knowingly and intentionally and unlawfully possess the following

firearms, to wit: a loaded Smith & Wesson revolver 38 SPL MOD 60, serial number 58272, and

a loaded Masterpiece Arms Mini 9 9mm pistol, serial number F23467, in furtherance of a drug

trafficking crime for which he may be prosecuted in a court of the United States, as set forth in

Count One of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## **FORFEITURE**

The Grand Jury further finds that:

Pursuant to Title 21 U.S.C. § 853(a), upon conviction of Counts One or Two of this

Indictment, the defendant shall forfeit to the United States of America:

> a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and
>
> b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

including, but not limited to:

> - approximately $19,026 in U.S. currency, seized as part of the investigation.

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) up to the value of the property charged

with forfeiture above.

As a result of the offenses set forth in Count Three of this Indictment, the Defendant,

**RANDY MARTIN MACKEY,** shall forfeit to the United States the firearms identified in Count

Three of the Indictment.

21 U.S.C. § 853; 28 U.S.C. § 2461(c); Rule 32.2(a), Fed. R. Crim. P.; 18 U.S.C. § 924(d).

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: June 26, 2019